UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 10-cv-875-JLK

**RENE HARDING**,

    Plaintiff,

v.

**HSBC MORTGAGE SERVICES, INC.**,
**MORTGAGE ELECTRONIC REGISTRATION SERVICES, INC.**, and
**THE PUBLIC TRUSTEE OF DENVER COUNTY, COLORADO**,

    Defendants.

## ORDER

Kane, J.

This matter is currently before me on Plaintiff's Second Motion for Extension of Time to File Settlement Documents (doc. 25) and Defendant's Unopposed Motion to Dismiss with Prejudice (doc. 27). Both of these motions are GRANTED. The entire action is dismissed, with prejudice.

Dated: January 31, 2011                                       BY THE COURT:

                                                                                      **/s/ John L. Kane**
                                                                                      SENIOR U.S. DISTRICT JUDGE